Fidel Benero Rivera, demandante y apelado, *v.* Enrique Alvarado, Alejandro Laborde y M. Benítez Rexach, demandados y apelantes.

No. 4548.—*Visto:* Abril 23, 1928. *Resuelto:* Mayo 1, 1928.

*Tous Soto & Quiñones*, abogados de los apelantes; *José E. Díaz*, abogado del apelado.

El Juez Asociado Señor Texidor, emitió la opinión del tribunal.

Los demandados en este caso Enrique Alvarado, Alejandro Laborde y Manuel Benítez Rexach, contra los que se dictó por la Corte de Distrito de San Juan una sentencia en 24 de enero último, apelaron de dicha sentencia en 27 de febrero según aparece de certificación librada por el Secretario de la Corte de Distrito de San Juan de la que resulta asimismo que no consta que los demandados hayan presentado moción alguna interesando prórroga para presentar la transcripción o exposición del caso. Dichos demandados han presentado ante este tribunal en 18 de marzo del corriente año moción interesando prórroga para presentar y 'radicar el récord de la apelación, siéndoles concedida tal prórroga hasta el 6 de abril de 1928. Y luego otra moción de prórroga presentada en 7 de abril y concedida la prórroga hasta el 6 de mayo.

Ahora la parte demandante nos pide que desestimemos el recurso por haber sido presentada la apelación fuera del término concedido por la ley.

La parte demandada y apelante admite que su apelación fué presentada el 27 de febrero de 1928, pero alega que ni los demandados ni sus abogados que firman el escrito, Tous Soto & Quiñones, han sido notificados de la sentencia, ni en la fecha en que se dictó, ni en ninguna otra posterior, y que la única notificación que se hizo fué al Ledo. Antonio J. Amadeo, quien en la fecha de la notificación no era ya

abogado de los demandados por haber presentado moción en 10 de noviembre manifestando que se había encargado de la representación de los ·demandados el Lcdo. Manuel Tous Soto· y que dicha moción fué presentada con anterioridad a la sentencia en el caso; que el Secretario no cumplió con la ley al notificar al abogado Antonio Amadeo; y que los ahora abogados de los apelantes comparecieron ante la corte de distrito dándose por notificados de la sentencia, con fecha 27 de febrero de 1928. A esta oposición se acompaña una copia de la moción renunciando a su representación, el abogado A. J. Amadeo; aunque no aparece tal moción notificada por ·el abogado de la parte demandada ni' al abogado del demandante. Se acompaña asimismo una copia certificada de la notificación hecha por el secretario de la corte de distrito al Lcdo. José E. Díaz y Antonio J. Amadeo de haberse dictado sentencia en este caso en 24 de enero de 1928.

La parte apelada presentó asimismo copia certificada de una moción presentada por los demandados en este caso ante la Corte de Distrito de San Juan en 7 de febrero de 1928 firmada por los abogados Tous Soto & Quiñones, suplicando se dicte orden dejando sin efecto la sentencia registrada en este caso.

La apelación se ha presentado fuera del término marcado en la ley.

De las constancias presentadas en este caso no aparece que el abogado Sr. Tous Soto, u otro cualquiera, haya comparecido en el pleito antes del 7 de febrero dé 1928, a nombre de los demandados. No resulta tampoco probado que la renuncia del abogado Sr. Amadeo fuera notificada a ninguna de las partes en el caso. Una sustitución de abogado en un pleito no está completa y perfecta sin la notificación a la parte contraria, y la orden del Juez. Véase Corpus Juris, vol. 6, pág. 678, párrafo 195; Reglas 25 y 26 de las Cortes

de Distrito; *Sucesión Lluveras* v. *Sepúlveda, Juez,* 20 D.P.R. 293, y *Olivar v. Andino,* 21 D.P.R. 530.

En esas condiciones el secretario hace la notificación al abogado que parece de récord; y no ha procedido fuera de su deber.

La moción de desestimación se declara con lugar, y se *desestima la apelación.*